**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANGELICA ROSALES,

           Plaintiff,

v.

THE BOARD OF TRUSTEES OF CITY
COLLEGES OF CHICAGO, COMMUNITY
COLLEGE DISTRICT NO. 508; *et al.*

           Defendants.

Case No. 16-cv-9999

Hon. Amy J. St. Eve, District Judge
Hon. Michael T. Mason, Magistrate Judge

## Stipulation of Dismissal

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all of the parties to have appeared in this case, specifically Plaintiff Angelica Rosales and Defendant The Board of Trustees of Community College District No. 508, d/b/a City Colleges of Chicago, stipulate to the dismissal of this case with prejudice. The parties will bear their own costs and attorney's fees.

| ANGELICA ROSALES | BOARD OF TRUSTEES, COMMUNITY COLLEGE DISTRICT NO. 508, D/B/A CITY COLLEGES OF CHICAGO, |
|---|---|
| By:/s Jason J. Bach<br>One of her attorneys | By: /s William R. Pokorny<br>One of its attorneys |
| Jason J. Bach<br>The Bach Law Firm LLC<br>7881 W. Charleston Blvd., Suite 165<br>Las Vegas, NV 89117<br>*Counsel for Plaintiff* | William R. Pokorny<br>Lindsey Marcus<br>Franczek Radelet, P.C.<br>300 S. Wacker Drive<br>Suite 3400<br>Chicago, IL 60606<br>*Counsel for Defendant* |

1934199.1